**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAN 2 0 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| NATHANAEL LENARD REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-2094 (UNA) |
| | ) | |
| JULIA SWILLY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

Plaintiff brings this civil rights action against the Solicitor and Assistant Solicitors for Williamsburg County, South Carolina. Generally, plaintiff alleges that the defendants violated rights protected under the Fifth Amendment to the United States Constitution while prosecuting the criminal case against him. He demands compensatory damages among other relief.

Prosecutors, such as the defendants in this action, are absolutely immune from suit under 42 U.S.C. § 1983. *Imbler v. Patchman*, 424 U.S. 409, 427 (1976); *see Gray v. Bell*, 712 F.2d 490, 499-502 (D.C. Cir. 1983). Furthermore, because these constitutional claims were brought or could have been brought in plaintiff's prior lawsuit, *see Reynolds v. Brown*, No. 4:15-cv-865, 2015 WL 4077168 (D.S.C. Mar. 5, 2015) (Magistrate Judge's Report and Recommendation to dismiss constitutional claims "against Williamsburg County Assistant Solicitors Tyler B. Brown . . . and Kimberly V. Barr . . . , and Sumter County Solicitor Ernest A. Finney III"), *adopted*, 2015 WL 4078552 (D.S.C. June 30, 2015), the claims are now barred. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 1/14/2016

United States District Judge